| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the:<br><br>**Southern District of Florida**<br><br><br>Case number *(If known):* _____ Chapter __11__ | |

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | |
|---|---|
| 1. **Debtor's name** | Glutality Global Holdings, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 84-3956215 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5300 Broken Sound Blvd NW | 604 Banyan Trl |
| Number          Street | Number          Street |
| Suite 200 | P.O. Box 810155 |
| | P.O. Box |
| Boca Raton          FL     33487 | Boca Raton          FL     33431 |
| City                         State     ZIP Code | City                         State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Palm Beach County | _____ |
| County | Number          Street |
| | _____ |
| | City                         State     ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://glutality.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor  Glutality Global Holdings, LLC _____    Case number (if known)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5511____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

> ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

> ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

> ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

> ☐ A plan is being filed with this petition.

> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                          MM / DD / YYYY

        District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor   StrideSlim, LLC _____   Relationship   Affiliate _____

        District   Southern District of Florida _____   When _____
                                                                   MM / DD / YYYY

        Case number, if known   Pending _____

| Debtor | Glutality Global Holdings, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

Number          Street

_____

_____

City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Glutality Global Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/2025
               MM / DD / YYYY

✖ /s/ Anu Pardeshi
Signature of authorized representative of debtor

Anu Pardeshi
Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✖ /s/ Aaron A. Wernick
Signature of attorney for debtor

Date  10/31/2025
       MM / DD / YYYY

Aaron A. Wernick
Printed name

Wernick Law, PLLC
Firm name

2255 Glades Road Suite 324A
Number        Street

Boca Raton                          FL          33431
City                                State       ZIP Code

561-961-0922                        awernick@wernicklaw.com
Contact phone                       Email address

14059                               FL
Bar number                          State

---

Glutality Global Holdings, LLC

| Debtor | | Case number (if known) _____ |
|---|---|---|
| First Name | Middle Name    Last Name | |

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | |
|---|---|---|
| SamHealth, LLC | Southern District of Florida | Pending |
| Glutality Provider Group, P.A. | Southern District of Florida | Pending |
| Glutality Provider Group of Kansas, P.A. | Southern District of Florida | Pending |
| Welco Track Services, LLC | Southern District of Florida | Pending |
| Glutality Provider Group of California, P.C. | Southern District of Florida | Pending |
| Glutality Provider Group of New Jersey, P.A. | Southern District of Florida | Pending |

---

**Fill in this information to identify the case:**

Debtor name ___Glutality Global Holdings, LLC___

United States Bankruptcy Court for the: ___Southern District of Florida___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................

   | $ | 0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..............................................

   | $ | 0.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................

   | $ | 0.00 |

---

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................................

   | $ | 2,018,975.31 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................

   | $ | 0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..................................

   | +$ | 658,747.14 |

4. **Total liabilities** .............................................................................
   Lines 2 + 3a + 3b

   | $ | 2,677,722.45 |

---

**Fill in this information to identify the case:**

Debtor name _____Glutality Global Holdings, LLC_____

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Dr. Maha F. Ansara 752 Stirling Center Place Suite 1008 Lake Mary, FL, 32746 | | Promissory Note | | | | 158,789.00 |
| 2 Foley & Lardner LLP P.O. Box 3361 Tampa, FL, 33601 | | Services | | | | 151,239.02 |
| 3 Riveron Consulting Services, LLC 600 Brickell Avenue Suite 2550 Miami, FL 33131 Miami, FL, 33131 | | Judgment | | | | 150,000.00 |
| 4 Kaufman Rossin One Town Center Road Suite 400 Boca Raton, FL, 33486 | | Services | | | | 61,997.01 |
| 5 Medix Staffing Solutions, LLC c/o William M. Lindeman, P.A. P.O. Box 3506 Orlando, FL, 32802 | | Pending litigation | Disputed Unliquidated Contingent | | | 54,951.21 |
| 6 Parable Associates 55487 South Thompson Lane Three Rivers, MI, 49093 | | Services | | | | 36,400.00 |
| 7 Lincoln International LLC 110 N. Wacker Drive Chicago, IL, 60606 | | Services | | | | 14,859.04 |
| 8 The Morse Law Firm, LLC 1525 Meadowland Drive Naperville, IL, 60540 | | Services | Disputed | | | 12,150.00 |

Debtor    Glutality Global Holdings, LLC                                     Case number *(if known)*_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | AdvancedMD, Inc. PO Box 35143 Seattle, WA, 98124 | | Services | | | | 7,285.46 |
| 10 | Brennan, Manna & Diamond, LLC 75 East Market Street Akron, OH, 44308 | | Professional services | | | | 6,271.90 |
| 11 | Cole, Scott & Kissane, P.A. 222 Lakeview Avenue, Suite 120 West Palm Beach, FL, 33401 | | Services | | | | 4,499.50 |
| 12 | The RED Shredder 115 SW 2nd Avenue Delray Beach, FL, 33444 | | Services | | | | 305.00 |
| 13 | ESports Play, LLC c/o Joshua L. Spoont Sodhi Spoont PLLC Counsel for Plaintiff/Sublandlord 3050 Biscayne Blvd., Suite 701 Miami, FL, 33137 | | Services | Disputed Unliquidated | | | 0.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name  Glutality Global Holdings, LLC

United States Bankruptcy Court for the:  Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. First Horizon | Checking | 4  2  6  3 | $ 0.00 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  $ 0.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

| Debtor | Glutality Global Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $_____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........➔   $_____
                                          face amount            doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........➔   $_____
                                          face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $_____

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                              % of ownership:

15.1. Stride Slim LLC _____   100 ___%   _____   $ Unknown

15.2. See continuation sheet _____   _____%   _____   $ Unknown

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.          $ 0.00

---

| Debtor | Glutality Global Holdings, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

| Debtor | Glutality Global Holdings, LLC | Case number *(if known)* |
|--------|-------------------------------|--------------------------|
|        | Name                           |                          |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Glutality Global Holdings, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

---

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor   Glutality Global Holdings, LLC
         _____
         Name

Case number (*if known*)_____

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

---

| Debtor | Glutality Global Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    0.00 _____ — 0.00 _____ = ➜    $ 0.00 _____
                              Total face amount       doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**

Commercial Package Policy No. MSN0040375451 issued by Certai    $ Unknown

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet    $ Unknown

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00 _____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Glutality Global Holdings, LLC
Name

Case number (if known)_____

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 0.00 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....... 0.00 ................................    $ 0.00

Debtor 1    Glutality Global Holdings, LLC

First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**15) Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| General description | % of ownership | Valuation method | Current value |
|---|---|---|---|
| Welco Track Services LLC | 100% | N/A | Unknown |
| Sam Health LLC | 100% | N/A | Unknown |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Marshall Stitsky | Possible claims for mismanagement and fraudulent transfers | 0.00 | Unknown |
| Spencer Weiss | Possible claims for mismanagement and fraudulent transfers | 0.00 | Unknown |
| Alexander Shnaider | Possible claims for mismanagement and fraudulent transfers | 0.00 | Unknown |
| Twenty4 Capital Corp. | Possible claims for mismanagement and fraudulent transfers | 0.00 | Unknown |
| Glutality Health Partners LLC | Possible claims for mismanagement and fraudulent transfers | 0.00 | Unknown |
| Glutality Investments, LLC | Possible claims for mismanagement and fraudulent transfers | 0.00 | Unknown |

**Fill in this information to identify the case:**

Debtor name _____Glutality Global Holdings, LLC_____

United States Bankruptcy Court for the: _____Southern District of Florida_____

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name
Insulin Care, LLC

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred ___05/30/2023___

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,
_____

Describe debtor's property that is subject to a lien
General blanket lien - accounts, cash, commercial tort claims, equipment, intangibles, intellectual property, investment property, alleged equity, etc.

Describe the lien
_Security Agreement_

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 2,018,975.31          $ 0.00

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____

Describe the lien
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____          $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 2,018,975.31

| Debtor | Glutality Global Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ACM Monitoring<br>251 Little Falls Dr.<br>Wilmington, DE, 19808 | Line 2. 1 | _____ |
| Ability Insurance Company<br>7625 S 3200 W<br>Suite 1<br>West Jordan, UT, 84084 | Line 2. 1 | _____ |
| Advantage Capital Management LLC<br>1180 Avenue of the Americas<br>21st Floor<br>New York, NY, 10036 | Line 2. 1 | _____ |
| Atlantic Coast Life Insurance Company<br>P.O. Box 96<br>Minneapolis, MN, 55440 | Line 2. 1 | _____ |
| Glucose Monitoring Services LLC<br>1180 Avenue of the Americas<br>21st Floor<br>New York, NY, 10036 | Line 2. 1 | _____ |
| Glucose Monitoring Services LLC<br>5300 Socialville Foster Road<br>Suite 100<br>Mason, OH, 45040 | Line 2. 1 | _____ |
| Saratoga 2021 LLC<br>1180 Avenue of the Americas<br>21st Floor<br>New York, NY, 10036 | Line 2. 1 | _____ |
| Sentinel Security Life Insurance Company<br>P.O. Box 64435<br>Saint Paul, MN, 55164 | Line 2. 1 | _____ |
| Sutton Specialty Insurance Company<br>110 E. Atlantic Avenue<br>Suite 330<br>Delray Beach, FL, 33444 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor     Glutality Global Holdings, LLC

United States Bankruptcy Court for the:   Southern District of Florida

Case number
(If known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____    Priority amount $_____

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____    Priority amount $_____

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____    Priority amount $_____

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Glutality Global Holdings, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
AdvancedMD, Inc.
PO Box 35143
Seattle, WA 98124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 7,285.46

Date or dates debt was incurred    03/2025

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Brennan, Manna & Diamond, LLC
75 East Market Street
Akron, OH 44308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional services

$ 6,271.90

Date or dates debt was incurred    01/2025

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Cole, Scott & Kissane, P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,499.50

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Dr. Maha F. Ansara
752 Stirling Center Place
Suite 1008
Lake Mary, FL 32746

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note

$ 158,789.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
ESports Play, LLC
c/o Joshua L. Spoont Sodhi Spoont PLLC
Counsel for Plaintiff/Sublandlord
3050 Biscayne Blvd., Suite 701
Miami, FL 33137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Foley & Lardner LLP
P.O. Box 3361
Tampa, FL 33601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 151,239.02

Date or dates debt was incurred    _____

Last 4 digits of account number    0101

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Glutality Global Holdings, LLC | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Kaufman Rossin
One Town Center Road
Suite 400
Boca Raton, FL 33486

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 61,997.01**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5000

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Lincoln International LLC
110 N. Wacker Drive
Chicago, IL 60606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 14,859.04**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

Medix Staffing Solutions, LLC
c/o William M. Lindeman, P.A.
P.O. Box 3506
Orlando, FL 32802

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending litigation

**$ 54,951.21**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

Parable Associates
55487 South Thompson Lane
Three Rivers, MI 49093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 36,400.00**

**Date or dates debt was incurred** 02/2025

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

Riveron Consulting Services, LLC
600 Brickell Avenue
Suite 2550 Miami, FL 33131
Miami, FL 33131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

**$ 150,000.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Glutality Global Holdings, LLC
Name                                                                    Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 12** Nonpriority creditor's name and mailing address

The Morse Law Firm, LLC
1525 Meadowland Drive
Naperville, IL 60540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,150.00

---

**3. 13** Nonpriority creditor's name and mailing address

The RED Shredder
115 SW 2nd Avenue
Delray Beach, FL 33444

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

$ 305.00

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
No
Yes

$_____

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
No
☐ Yes

$_____

| Debtor | Glutality Global Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Aetna<br>151 Farmington Ave<br>Hartford, CT 06156 | Line _____<br>☑ Not listed. Explain:<br>**Notice only** | _____ |
| 4.2. | Ameritas Life Insurance Corp.<br>5900 O Street<br>Lincoln, NE 68510 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 4.3. | AmTrust North America Inc.<br>P.O. Box 89404<br>Cleveland, OH 44101 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 4.4. | Anthem Blue Cross<br>Legal Department CA9303-R03B<br>21215 Burbank Blvd<br>Woodland Hills, CA 91367 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 41. | Blue Cross and Blue Shield of Illinois<br>300 E. Randolph Street<br>Chicago, IL 60601 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 4.5. | Centers for Medicare & Medicaid Services (CMS) – Headquarters<br>7500 Security Boulevard<br>Windsor Mill, MD 21244-1850 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 4.6. | Centers for Medicare & Medicaid Services (CMS) – Bankruptcy<br>Medicare Contact Center Operations, PO Box 1270<br>Lawrence, KS 66044 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 4.7. | Elevance Health, Inc.<br>220 Virginia Avenue<br>Indianapolis, IN 46204 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 4.8. | Horizon Blue Cross Blue Shield (NJ)<br>3 Penn Plaza East<br>Newark, NJ 07105 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 4.9. | Midvale Indemnity Company<br>6000 American Parkway<br>Madison, WI 53783 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 4.10. | National Government Services<br>220 Virginia Avenue<br>Indianapolis, IN 46204 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |
| 4.11. | Noridian Healthcare Solutions<br>4510 13th Ave S<br>Suite 1<br>Fargo, ND 58103 | Line _____<br>☑ Not listed. Explain<br>**Notice only** | _____ |

Debtor    Glutality Global Holdings, LLC
_____
Name

Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ 13 Novitas Solutions<br>2020 Technology Pkwy<br>Suite 100<br>Mechanicsburg, PA 17050 | Line _____<br>☑ Not listed. Explain<br>Notice only | _____ |
| 4.__ 14 Optum<br>1 Optum Circle<br>Eden Prairie, MN 55344 | Line _____<br>☑ Not listed. Explain<br>Notice only | _____ |
| 4.__ 15 Regency Endocrinology Diabetes and Metabolism<br>752 Stirling Center Place<br>Suite 1008<br>Lake Mary, FL, 32746 | Line _3.4_<br>☐ Not listed. Explain | _____ |
| 4.__ 16 U.S. Department of Health and Human Services (HHS) – Office of the General Counsel<br>200 Independence Avenue SW<br>Washington, DC 20201 | Line _____<br>☑ Not listed. Explain<br>Notice only | _____ |
| 4.__ 17 U.S. Department of Justice (DOJ) – Civil Division<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Line _____<br>☑ Not listed. Explain<br>Notice only | _____ |
| 4.__ 18 United Healthcare<br>Attn: Legal Dept.<br>9900 Bren Road E<br>Hopkins, MN 55343 | Line _____<br>☑ Not listed. Explain<br>Notice only | _____ |
| 4.__ 19 WPS Health Solutions<br>1717 West Broadway<br>Madison, WI 53708 | Line _____<br>☑ Not listed. Explain<br>Notice only | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | _____ |

Debtor   Glutality Global Holdings, LLC
         Name                                                    Case number *(if known)*

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 658,747.14 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 658,747.14 |

**Fill in this information to identify the case:**

Debtor name _Glutality Global Holdings, LLC_

United States Bankruptcy Court for the: _Southern District of Florida_

Case number (If known): _____  Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Transition Services Agreement** | Glucose Monitoring Services, LLC<br>5300 Socialville Foster Road<br>Suite 100<br>Mason, OH, 45040 |
| | State the term remaining | Effective July 24, 2025; continues until completion of transition or termination | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _Glutality Global Holdings, LLC_

United States Bankruptcy Court for the: _Southern District of Florida_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Welco Track Services LLC | 5300 Broken Sound Blvd NW Suite 200 Boca Raton, FL 33487 | ESports Play, LLC | ☐ D ☑ E/F ☐ G |
| 2.2 Welco Track Services LLC | 5300 Broken Sound Blvd NW Suite 200 Boca Raton, FL 33487 | Insulin Care, LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Sam Health LLC | 5300 Broken Sound Blvd NW Suite 200 Boca Raton, FL 33487 | Insulin Care, LLC | ☑ D ☐ E/F ☐ G |
| 2.4 Glutality Master Holdings LLC | 5300 Broken Sound Blvd NW Suite 200 Boca Raton, FL 33487 | Insulin Care, LLC | ☑ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _Glutality Global Holdings, LLC_

United States Bankruptcy Court for the: _Southern District of Florida_

Case number (If known): _____

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1.  Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to _____ Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ _____ |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to _____ Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $ _____ |

Debtor    Glutality Global Holdings, LLC
_____        Case number *(if known)* _____
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | ACM Delegate LLC <br> _____ <br> Creditor's name <br> 251 Little Falls Drive <br> Wilmington, DE 19808 | | $ 25,483,521.69 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ <br> UCC foreclosure of all assets of the Debtor |
| 3.2. | _____ <br> Creditor's name | | $ _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | _____ <br> Insider's name <br><br> Relationship to debtor <br> _____ | _____ <br> _____ <br> _____ | $ _____ | |
| 4.2. | _____ <br> Insider's name <br><br> Relationship to debtor <br> _____ | _____ <br> _____ <br> _____ | $ _____ | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **2**

| Debtor | Glutality Global Holdings, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. ACM Delegate LLC | UCC foreclosure of all assets of the Debtor | _____ | $ 25,483,521.69 |
| Creditor's name | | | |
| 251 Little Falls Drive | | | |
| Suite 100 | | | |
| Wilmington, DE 19808 | | | |
| 5.2. _____ | | _____ | $_____ |
| Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Jeffrey Bunting v. Glutality Global Holdings LLC, Welco Track Services LLC, Sam Health LLC d/b/a StrideMD, Glutality Provider Group P.A., and | Breach of Contract (Employment Severance) | 15th Judicial Circuit Palm Beach County Circuit Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |
| 50-2025-CA-007636 | | | |
| **Case title** | | **Court or agency's name and address** | |
| 7.2. Riveron Consulting Services, LLC v. Glutality Global Holdings, LLC | | Dallas County Civil District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | Commercial dispute | | |
| _____ | | | |

---

Debtor   Glutality Global Holdings, LLC
_____
          Name

Case number (*if known*)_____

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | Glutality Global Holdings, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**Part 6:**  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wernick Law, PLLC | The payment amount is the total amount paid for all cases. | 09/09/2025 | $ 175,000.00 |
| | **Address** | | | |
| | 2255 Glades Road 324A Boca Raton, FL 33431 | | | |
| | **Email or website address** https://www.wernicklaw.com/ | | | |
| | **Who made the payment, if not debtor?** Sam Health, LLC | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Debtor    Glutality Global Holdings, LLC
Name
                                                              Case number *(if known)*_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 401 Fairway Drive<br>Suite 200<br>Deerfield Beach, FL 33441 | From | 01/2021 | To 01/2025 |
| 14.2. | 752 Stirling Center Place<br>Unit 1008<br>Lake Mary, FL 32746 | From | 04/2023 | To 01/2025 |

Debtor    Glutality Global Holdings, LLC
_____    Case number (if known)_____
         Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name |  | _____ |
|  |  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name |  | _____ |
|  |  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. General patient data _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

Debtor    Glutality Global Holdings, LLC
_____    Case number *(if known)*_____
          Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Glutality Global Holdings, LLC        Case number *(if known)*_____
         Name

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

### Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br>Case number<br>_____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    Glutality Global Holdings, LLC
_____
Name

Case number (if known)_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Regency Endocrinology Diabetes and Meta <br> Name <br> 752 Stirling Center Place <br> Suite 1008 <br> Lake Mary, FL 32746 | Endocrinology Practice | EIN: _____ <br> **Dates business existed** <br><br> From _____  To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2. <br><br> Boynton Beach Endocrinology, P.A. <br> Name <br> 10150 Hagen Ranch Road <br> Suite 201 <br> Boynton Beach, FL 33437 | Endocrinology Practice | EIN: _____ <br> **Dates business existed** <br><br> From _____  To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3. Carlos E. Coelho M.D. P.A. <br> Name <br> 21097 NE 27th Court <br> Suite 510 <br> Miami, FL 33180 | Endocrinology Practice | EIN: _____ <br> **Dates business existed** <br><br> From _____  To _____ |

---

| Debtor | Glutality Global Holdings, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**26.** **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Sam Health, LLC | From 01/01/2023 |
| | Name | To 10/01/2025 |
| | 5300 Broken Sound Blvd NW, Suite 200, Boca Raton, FL 33487 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | Arthur Palermo Jr., CPA - Palermo Landsman & Ross PA | From 01/01/2023 |
| | Name | To 01/01/2025 |
| | 9720 Stirling Rd., Suite 203, Hollywood, FL 33024 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | | From _____ |
| | Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Geoffrey Flagg | |
| | Name | |
| | 5300 Socialville Foster Road, Suite 100, Mason, Ohio 45040 | |

---

Debtor    Glutality Global Holdings, LLC
_____
Name

Case number *(if known)*_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
Name

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

| Debtor | Glutality Global Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____<br>Name |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anu Pardeshi | 2125 Bandywood Drive, Nashville, TN 37215 | CRO - Chief Restructuring Officer | 0 |
| Geoffrey Flagg | 5300 Socialville Foster Road Suite 100, Mason, OH 45040 | Chief Financial Officer | 0 |
| Glucose Monitoring Services LLC | 5300 Socialville Foster Road Suite 100, Mason, OH 45040 | Equity Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dennis Garrard | 4072 Kensington High St., Naples, FL 34105 | Former Board Member | 04/01/2025 To 05/01/2025 |
| Stephen Gray | 207 Union Warf, Boston, Massachusetts 02109 | Former Board Member | 05/01/2025 To 07/01/2025 |
| Spencer Weiss | 928 Jasmine Dr., Delray Beach, FL 33483 | Shareholder | _____ To _____ |
| Alexander Shnaider | 9 Mulberry Square Flat 20, London SXE SW1W8, 0 United Kingdom | Shareholder | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    Glutality Global Holdings, LLC
_____    Case number *(if known)*_____
        Name

| | | |
|---|---|---|
| | **Name and address of recipient** | _____  _____ |
| 30.2 | _____ | _____ |
| | Name | |
| | | _____ |
| | | _____ |
| | **Relationship to debtor** | _____ |
| | _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Glutality Master Holdings, LLC | EIN: 92-3900778 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/31/2025
              MM / DD / YYYY

✖ /s/ Anu Pardeshi
_____          Printed name  Anu Pardeshi
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Debtor Name  Glutality Global Holdings, LLC _____    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

7) Legal Actions

Martha Elena Guardia v. Collage Co.

2024-017552 CA 01 (11)

Eleventh Judicial Circuit of Florida

175 NW 1st Ave, Miami, FL 33128

Pending

-------

Grand Jury Investigation

2024R02034-016

Department of Justice investigation of affiliate Glutality Provider Group, P.A.

U.S. Department of Justice

99 Northeast 4th Street, Miami, FL 33126

Pending

-------

Jamie Ford v. Glutality Provider Group, P.A.

3:23-cv-05082-MDH

Commercial dispute

222 N. John Q. Hammons Parkway

Springfield, MO 65806

Pending

-------

Medix Staffing LLC v. Glutality Global Holdings, LLC

50-2025-CA-008562XXXAMB

Commercial dispute

Palm Beach County

205 N. Dixie Hwy., West Palm Beach, FL 33401

Pending

-------

Esports Play LLC v. Glutality Holdings LLC

50-2025-CA-004774-XXXA-MB

Debtor Name    Glutality Global Holdings, LLC

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

Guarantee liability on commercial lease

Palm Beach County Courthouse

205 N. Dixie Hwy., West Palm Beach, FL 33401

Pending

-------

Lincoln International LLC

N/A

Demand for unpaid advisory expenses ($14,859.04) following termination of engagement

-------


25) Other businesses in which the debtor has or has had an interest

| | |
|---|---|
| CLID, LLC | 3001 NW 49th Avenue Suite 303, Fort Lauderdale, FL 33313 |
| Glutality Provider Group, P.A. | 5300 Broken Sound Blvd Suite 200, Boca Raton, FL 33487 |
| Glutality Provider Group of California, P.C. | 5300 Broken Sound Blvd Suite 200, Boca Raton, FL 33487 |
| Glutality Provider Group of Kansas, P.A. | 5300 Broken Sound Blvd Suite 200, Boca Raton, FL 33487 |
| Glutality Provider Group of New Jersey, P.A. | 5300 Broken Sound Blvd Suite 200, Boca Raton, FL 33487 |
| Stride Slim LLC | 5300 Broken Sound Blvd Suite 200, Boca Raton, FL 33487 |
| Welco Track Services LLC | 5300 Broken Sound Blvd Suite 200, Boca Raton, FL 33487 |
| Sam Health LLC | 5300 Broken Sound Blvd Suite 200, Boca Raton, FL 33487 |


29) Former partners

| | |
|---|---|
| Marshall Stitsky | 8561 Cobblestone Point Cir., |

Debtor Name    Glutality Global Holdings, LLC

Case number (*if known*)_____

## Continuation Sheet for Official Form 207

```
Boynton Beach, FL
33472
```

United States Bankruptcy Court

Southern District of Florida

In re:   Glutality Global Holdings, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    10/31/2025

/s/ Anu Pardeshi

Signature of Individual signing on behalf of debtor

Chief Restructuring Officer

Position or relationship to debtor

Ability Insurance Company
7625 S 3200 W
Suite 1
West Jordan, UT 84084


ACM Delegate LLC
251 Little Falls Drive
Wilmington, DE 19808


ACM Monitoring
251 Little Falls Dr.
Wilmington, DE 19808


AdvancedMD, Inc.
PO Box 35143
Seattle, WA 98124


Advantage Capital Management LLC
1180 Avenue of the Americas
21st Floor
New York, NY 10036


Aetna
151 Farmington Ave
Hartford, CT 06156


Ameritas Life Insurance Corp.
5900 O Street
Lincoln, NE 68510


AmTrust North America Inc.
P.O. Box 89404
Cleveland, OH 44101


Anthem Blue Cross
Legal Department CA9303-R03B
21215 Burbank Blvd
Woodland Hills, CA 91367


Atlantic Coast Life Insurance Company
P.O. Box 96
Minneapolis, MN 55440


Blue Cross and Blue Shield of Illinois
300 E. Randolph Street
Chicago, IL 60601


Brennan, Manna & Diamond, LLC
75 East Market Street
Akron, OH 44308

Carlos Coelho, MD
21097 NE 27th Ct.
Suite 510
Miami, FL 33180


Centers for Medicare & Medicaid Services (CMS
7500 Security Boulevard
Windsor Mill, MD 21244-1850


Centers for Medicare & Medicaid Services (CMS
Medicare Contact Center Operations, PO B
Lawrence, KS 66044


Cole, Scott & Kissane, P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401


Dr. Maha F. Ansara
752 Stirling Center Place
Suite 1008
Lake Mary, FL 32746


Elevance Health, Inc.
220 Virginia Avenue
Indianapolis, IN 46204


Esports Play LLC


ESports Play, LLC
c/o Joshua L. Spoont Sodhi Spoont PLLC C
3050 Biscayne Blvd., Suite 701
Miami, FL 33137


Foley & Lardner LLP
P.O. Box 3361
Tampa, FL 33601


Glucose Monitoring Services LLC
1180 Avenue of the Americas
21st Floor
New York, NY 10036


Glucose Monitoring Services LLC
5300 Socialville Foster Road
Suite 100
Mason, OH 45040


Glucose Monitoring Services, LLC

Glucose Monitoring Services, LLC
5300 Socialville Foster Road
Suite 100
Mason, OH 45040


Glutality Master Holdings LLC
5300 Broken Sound Blvd NW
Suite 200
Boca Raton, FL 33487


Horizon Blue Cross Blue Shield (NJ)
3 Penn Plaza East
Newark, NJ 07105


Insulin Care, LLC


Jamie Ford
c/o Christopher E. Roberts, Esq.
7777 Bonhomme Avenue, Suite 1300
Saint Louis, MO 63105


Jeffrey Bunting
C/O Ilona Anderson, Esq. Counsel for the
777 Brickell Ave., Suite 500
Miami, FL 33131


Kaufman Rossin
One Town Center Road
Suite 400
Boca Raton, FL 33486


Lincoln International LLC
110 N. Wacker Drive
Chicago, IL 60606


Medix Staffing LLC
251 Little Falls Drive
Wilmington, DE 19808


Medix Staffing Solutions, LLC
c/o William M. Lindeman, P.A.
P.O. Box 3506
Orlando, FL 32802


Midvale Indemnity Company
6000 American Parkway
Madison, WI 53783


National Government Services
220 Virginia Avenue
Indianapolis, IN 46204

Noridian Healthcare Solutions
4510 13th Ave S
Suite 1
Fargo, ND 58103


Novitas Solutions
2020 Technology Pkwy
Suite 100
Mechanicsburg, PA 17050


Optum
1 Optum Circle
Eden Prairie, MN 55344


Parable Associates
55487 South Thompson Lane
Three Rivers, MI 49093


Regency Endocrinology Diabetes and Metabolism
752 Stirling Center Place
Suite 1008
Lake Mary, FL 32746


Riveron Consulting Services, LLC
600 Brickell Avenue
Suite 2550 Miami, FL 33131
Miami, FL 33131


Riveron Consulting Services, LLC
600 Brickell Avenue
Suite 2550
Miami, FL 33131


Sam Health LLC
5300 Broken Sound Blvd NW
Suite 200
Boca Raton, FL 33487


Saratoga 2021 LLC
1180 Avenue of the Americas
21st Floor
New York, NY 10036


Sentinel Security Life Insurance Company
P.O. Box 64435
Saint Paul, MN 55164


Sutton Specialty Insurance Company
110 E. Atlantic Avenue
Suite 330
Delray Beach, FL 33444

The Morse Law Firm, LLC
1525 Meadowland Drive
Naperville, IL 60540


The RED Shredder
115 SW 2nd Avenue
Delray Beach, FL 33444


U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201


U.S. Department of Justice
99 Northeast 4th Street
Miami, FL 33126


U.S. Department of Justice (DOJ) - Civil Divi
950 Pennsylvania Avenue NW
Washington, DC 20530


United Healthcare
Attn: Legal Dept.
9900 Bren Road E
Hopkins, MN 55343


Welco Track Services LLC
5300 Broken Sound Blvd NW
Suite 200
Boca Raton, FL 33487


WPS Health Solutions
1717 West Broadway
Madison, WI 53708

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case and this filing:**</td></tr>
<tr><td>Debtor Name</td><td>Glutality Global Holdings, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number (*If known*):</td><td></td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/2025             ✘ /s/ Anu Pardeshi
        MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                Anu Pardeshi
                                Printed name

                                Chief Restructuring Officer
                                Position or relationship to debtor