UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| | Case No. 25-22984-MAM |
| Glutality Global Holdings, LLC, | Chapter 11 |
| Debtor. | Jointly Administered |
| _____/ | |
| In re: | |
| | Case No. 25-23000-MAM |
| Glutality Provider Group, P.A. | Chapter 11 |
| Debtor. | |
| _____/ | |
| In re: | |
| | Case No. 25-23034-MAM |
| Glutality Provider Group of California, P.C. | Chapter 11 |
| _____/ | |
| In re: | |
| | Case No. 25-23036-MAM |
| Glutality Provider Group of New Jersey, P.A. | Chapter 11 |
| Debtor. | |
| _____/ | |
| In re: | |
| | Case No. 25-23035-MAM |
| Glutality Provider Group of Kansas, P.A. | Chapter 11 |
| Debtor. | |
| _____/ | |

| | |
|---|---|
| In re: | |
| Sam Health, LLC | Case No. 25-22993-MAM<br>Chapter 11 |
| Debtor.<br>_____/ | |
| In re: | |
| Welco Track Services, LLC | Case No. 25-22994-MAM<br>Chapter 11 |
| Debtor.<br>_____/ | |
| In re: | |
| Stride Slim, LLC | Case No. 25-22999-MAM<br>Chapter 11 |
| Debtor.<br>_____/ | |

## FIRST DAY DECLARATION OF ANU PARDESHI IN SUPPORT OF CHAPTER 11 PETITION AND FIRST DAY MOTIONS

Under 28 U.S.C. § 1746, Anu Pardeshi hereby declares as follows under the penalty of perjury:

I am the Chief Restructuring Officer of the following affiliated debtors: Glutality Global Holdings LLC, Sam Health LLC, Welco Track Services LLC, Glutality Provider Group of California, P.C., Glutality Provider Group of New Jersey, P.A., Glutality Provider Group, P.A., Glutality Provider Group of Kansas, P.A., and Stride Slim LLC (collectively, the "Debtors" or the "Glutality Group"). I submit this statement in support of the Debtors' petitions for bankruptcy relief. The statements below are based on a review of public filings and the Debtors' books and records. Because I was not involved with the Debtors' operations prior to the Article 9

foreclosure discussed below, I have limited personal knowledge of the Debtors' operations or the accuracy of the Debtors' books and records. Obtaining a better understanding of the Debtors' finances is one of the purposes of the bankruptcy filings.

I. The Debtors' Operations, Generally

Three individuals formed various Glutality-branded entities to (i) provide direct-to-consumer endocrinology, remote patient monitoring, and care management services and (ii) manage endocrinology practices. Those individuals are Spencer Weiss, Marshall Stitsky, and Alexander Shnaider. Via special-purpose entities, Messrs. Weiss, Stitsky, and Shnaider held equal ownership interests in Glutality Global Holdings LLC ("Global Holdings"). Global Holdings, in turn, owned all of the membership interests in Sam Health LLC ("Sam Health") and Welco Track Services LLC ("Welco Track"). Global Holdings did not have any operations. It was a holding company.

Sam Health and Welco Track were management companies. Sam Health provided practice-management services to the direct-to-consumer medical practices, and Welco Track was the entity through which administration of the Glutality Group occurred. Welco Track leased a physical office space for management of the Glutality Group, and bank statements reflecting purchases at Home Depot and Wawa indicate that Welco Track furnished and maintained the management office and absorbed charges associated with business travel. Sam Health acted as the back-office support for the physician practices, providing services such as revenue-cycle management

(billing and collecting accounts receivable), human resources, technical support for IT systems, and payroll services.

The following four entities (collectively, the "Glutality Provider Groups") had management agreements with Sam Health: Glutality Provider Group of California, P.C., Glutality Provider Group of New Jersey, P.A., Glutality Provider Group, P.A., and Glutality Provider Group of Kansas, P.A. The Glutality Provider Groups served consumers directly. They offered consumers remote patient-monitoring services, primarily for chronic conditions such as diabetes. This included providing blood-glucose-monitoring devices to select patients, monitoring readings from provided or patient-owned devices, and coordinating telehealth visits for patients.

Although the Glutality Provider Groups were managed by Sam Health, the Provider Groups were owned by individual doctors. Dr. Mitchell Stotland wholly owned Glutality Provider Group of California, P.C., Glutality Provider Group of New Jersey, P.A., and Glutality Provider Group of Kansas, P.A. Dr. John Sortino wholly owned the Florida entity, Glutality Provider Group, P.A. Doctors made all clinical decisions for the Glutality Provider Groups.

I do not have a clear picture or understanding of the purpose or operations of Stride Slim, LLC. That entity appears to be owned by Messrs. Weiss, Stitsky, and Shnaider, and I believe Mr. Weiss intended to use Stride Slim, LLC to provide weight-management services through GLP-1 medications. That business does not appear to have developed past initial concepts.

II. The Debtors' Acquisitions and Failure

In 2023, Messrs. Weiss, Stitsky, and Shnaider sought to expand the Glutality Group's operations and were looking for debt financing.

On or around April 11, 2023, Global Holdings entered into agreements with Dr. Maha F. Ansara pursuant to which Global Holdings purchased all of the non-clinical assets of Dr. Ansara's practice, Regency Endocrinology Diabetes and Metabolism, Inc. ("Regency Endocrinology"). Global Holdings financed part of the purchase with a note payable to Dr. Ansara in the amount of $449,500. The Glutality Group also assumed management of Regency Endocrinology.[1]

In May 2023, lenders represented by Advantage Capital Management LLC ("ACM") as administrative agent extended debt financing to the Glutality Group. The lenders advanced $20,000,000.00 in term loans and up to $5,000,000.00 in a revolving credit facility (the "Senior Secured Debt"). The parties' agreements are reflected in a Credit and Guaranty Agreement dated May 30, 2023, and in various loan documents and security agreements relating to same. ACM and the lenders acquired blanket liens encumbering the Debtors' assets as well as equity pledges.

Global Holdings is the borrower under the loan documents. The Senior Secured Debt is guaranteed by Global Holdings' subsidiaries, Sam Health and Welco Track, and by Global Holdings' parent, Glutality Master Holdings LLC, an entity formed on May 2, 2023, to hold the membership interests in Global Holdings.

---

[1] Regency Endocrinology appears to have entered into a management services agreement with Global Holdings, however, it is likely that Sam Health actually provided the management services.

Messrs. Weiss, Stitsky, and Shnaider collectively received approximately $12,000,000.00 in disbursements from the Senior Secured Debt. Global Holdings' records indicate that the distributions to Messrs. Weiss, Stitsky, and Shnaider may have been booked as satisfaction of loans from entities owned by Messrs. Weiss, Stitsky, and Shnaider.

On or around September 30, 2023, Global Holdings began defaulting on its payment obligations to ACM and the lenders. Global Holdings did not make any of the required debt-service payments, the first of which came due on September 30, 2023. Business records indicate that Global Holdings loaned monies from the Senior Secured Debt, or classified distributions as loans, when certain payments were meant to be issued as distributions to Messrs. Weiss, Stitsky, and Shnaider. Additionally, Global Holdings never delivered to ACM and the lenders the agreed-upon audit of the Glutality Group's operations.

Also in September 2023, Jamie Ford filed a class-action lawsuit against Glutality Provider Group, P.A. in the U.S. District Court for the Western District of Missouri.

The following year, the Glutality Group purchased the non-clinical assets of another three endocrinology practices: (i) Carlos E. Coelho, M.D., P.A., on or around March 31, 2024, (ii) CLID LLC, on or around April 23, 2024, and (iii) Boynton Beach Endocrinology, PA, on or around May 24, 2024. Whereas the agreements for purchase of Regency Endocrinology are with Global Holdings, the purchase agreements for Carlos E. Coelho, M.D., P.A., CLID LLC, and Boynton Beach Endocrinology, PA are

with Sam Health. Sam Health assumed management of all three practices and partially financed its purchases with notes payable to the individual doctors who owned the practices. Sam Health also extended revolving lines of credit to each of the practices.

The purchases of all four practices include an option to acquire the ownership interests of the individual doctors who sold the non-clinical assets of their practices.

On or around September 30, 2024, (i) Global Holdings, ACM, the lenders and the guarantors entered into a forbearance agreement and (ii) Global Holdings' parent, Glutality Master Holdings LLC, entered into a warrant agreement, giving ACM and the lenders rights in the ownership of the Glutality Group. Glutality Master Holdings LLC also amended its limited liability company agreement to provide for future governance by a four-person board of managers comprised of the three individual owners, Messrs. Weiss, Stitsky, and Shnaider, and a representative for ACM.

Thereafter, the Debtors' defaults continued.

The direct-to-consumer business model of the Glutality Provider Groups was not sustainable. The value in endocrinology practices lies in long-term care of chronic conditions. The Glutality Provider Groups had high patient-turnover rates.

Glucose Monitoring Services LLC, as successor-in-interest to the original lenders, foreclosed on the Senior Secured Debt. The terms of the Article 9 foreclosure (the "Foreclosure") are memorialized in a Strict Foreclosure Agreement dated July 24, 2025, and in contemporaneous agreements ancillary thereto. The senior secured

debt amounted to $27,502,497.00 at the time of the Foreclosure and was reduced to $2,018,975.31 as a result of the Foreclosure.

In connection with the Foreclosure, the Glutality Group transferred to Glucose Monitoring Services LLC the non-clinical assets of Regency Endocrinology, Carlos E. Coelho, M.D., P.A., CLID LLC, and Boynton Beach Endocrinology, PA. Those four practices terminated their management agreements with Sam Health/Global Holdings.

Global Holdings entered into a Transition Services Agreement with Glucose Monitoring Services LLC to facilitate the winddown of the Glutality Provider Groups without interrupting services to existing patients. The cost of services largely is based on actual payroll and invoices from trade vendors and service providers.

The patients served by the Glutality Provider Groups numbered approximately twenty-thousand at the time of the Senior-Secured-Debt facility in May 2023, fell to eleven thousand persons around the time of the Foreclosure in July 2025, and now number approximately one thousand persons.

### III. Purpose and Intent of the Bankruptcy Filings

The bankruptcy filings are intended to conclude an orderly winddown of the Glutality Group's operations. The physical office rented by Welco Track has been vacated, but there is pending litigation between the landlord, Esports Play LLC, the tenant, Welco Track, and Welco Track's parent, Global Holdings, as guarantor of the commercial lease.

Approximately $1,258,355.66 in receivables are due and owing to the Glutality Provider Groups. Most of the receivables are payable by insurance companies and a small portion are co-pays due from the individual patients. Those receivables need to be monetized and distributed in accordance with bankruptcy laws.

The Debtors' books and records make collection efforts and forensic financial analysis challenging. For example, Mr. Weiss appears to have wiped his hard drive.

Through discovery, the Debtors hope to investigate potential claims against their former management and to identify any other assets that might be liquidated for the benefit of creditors.

IV.    Immediate and Long-Term Needs for Relief

a.    Retention of Bankruptcy Counsel: The Debtors seeks authority to retain Aaron A. Wernick, Esq. and Wernick Law, PLLC as bankruptcy counsel for the Debtors, effective as of the Petition Date. Mr. Wernick and his firm have extensive experience representing chapter 11 debtors in this District and are well-qualified to serve as the Debtors' counsel. My understanding is that neither Mr. Wernick nor his firm have any connection with the Debtors' creditors or other parties in interest or their attorneys, except as set forth in Mr. Wernick's Declaration. The Debtors would suffer immediate and irreparable harm if interim approval is not obtained because First Day Motions seek expedited relief and business entities like the Debtors must be represented by counsel to appear in court.

b.    Cash Collateral: The Debtors require the immediate use of cash to fund ordinary business expenses associated with winddown of business operations,

including but not limited to ongoing payments for medical records storage. Any interruption in the use of cash collateral could potentially result in HIPAA violations and prevent the Debtors' ability to successfully winddown operations. Glucose Monitoring Services, LLC has agreed to the Debtors continued use of cash collateral. In an abundance of caution, the Debtors seek an order authorizing use of cash collateral in accordance with a budget.

      c.     Additional Motions: Sam Health currently pays approximately $14,000.00 per month to store medical records. Sam Health intends to reject the records-storage contract upon notice to all interested parties and with bankruptcy court approval and an opportunity for all patients to retrieve copies of their records.

The Debtor is still evaluating whether any other emergency relief is required. The above summaries are subject to the filing of additional motions as may be required.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on November 3, 2025

Signed by:
*Anu Pardeshi*
8C611D234B9040B...
Anu Pardeshi, Authorized Representative